NO. SCWC-11-0000649

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

GRACE JUAN LAPAREJO, Respondent/Plaintiff-Appellee,

vs.

DOMINADOR L. LAPAREJO, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA CAAP NO. 11-0000649; FC-D NO. 08-1-3575)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.
and Circuit Judge Nakasone, in place of Duffy, J., recused)

Petitioner/Defendant-Appellant Dominador L. Laparejo's

application for writ of certiorari, filed on April 13, 2012, is

hereby rejected.

DATED: Honolulu, Hawai'i, May 25, 2012.

Emmanuel V. Tipon
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Karen T. Nakasone

